UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY LEWIS<br>CDCR# D-30617,<br><br>                                  Plaintiff,<br><br>v.<br><br>M.D. BITTER; C/O HERRERA; MRS. SANCHEZ; ATTORNEY GENERAL OF CALIFORNIA,<br><br>                                  Defendants. | Case No.:  3:19-cv-0860-JLS-RBM<br><br>**ORDER DISMISSING CIVIL ACTION WITHOUT PREJUDICE FOR FAILING TO PAY FILING FEE REQUIRED BY 28 U.S.C. § 1914(a) AND/OR FAILING TO MOVE TO PROCEED IN FORMA PAUPERIS PURSUANT TO 28 U.S.C. § 1915(a)** |

Plaintiff Terry Lewis, currently housed at the California State Prison – Los Angeles County located in Lancaster, California, and proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 (ECF No. 1).

**I.     Failure to Pay Filing Fee or Request IFP Status**

All parties instituting any civil action, suit or proceeding in a district court of the United States, except an application for writ of habeas corpus, must pay a filing fee of

$400.  *See* 28 U.S.C. § 1914(a).[1]  An action may proceed despite a plaintiff's failure to prepay the entire fee only if he is granted leave to proceed IFP pursuant to 28 U.S.C. § 1915(a).  *See Andrews v. Cervantes*, 493 F.3d 1047, 1051 (9th Cir. 2007).  If the Plaintiff is a prisoner, however, and even if he is granted leave to commence his suit IFP, he remains obligated to pay the entire filing fee in "increments," *see Williams v. Paramo*, 775 F.3d 1182, 1185 (9th Cir. 2015), regardless of whether his case is ultimately dismissed.  *See* 28 U.S.C. § 1915(b)(1) & (2*)*; *Taylor v. Delatoore*, 281 F.3d 844, 847 (9th Cir. 2002).

Plaintiff has not prepaid the $400 in filing and administrative fees required to commence this civil action, nor has he submitted a properly supported Motion to Proceed IFP pursuant to 28 U.S.C. § 1915(a).  Therefore, his case cannot proceed.  *See* 28 U.S.C. § 1914(a); *Andrews*, 493 F.3d at 1051.

**II.** **Conclusion and Order**

For the reasons set forth above, the Court hereby:

(1) **DISMISSES** this action sua sponte without prejudice for failure to pay the $400 civil filing and administrative fee or to submit a Motion to Proceed IFP pursuant to 28 U.S.C. §§ 1914(a) and 1915(a); and

(2) **GRANTS** Plaintiff **thirty (30)** days leave from the date this Order is filed to: (a) prepay the entire $400 civil filing and administrative fee in full; or (b) complete and file a Motion to Proceed IFP which includes a certified copy of his trust account statement for the six-month period preceding the filing of his Complaint.  *See* 28 U.S.C. § 1915(a)(2); S.D. Cal. CivLR 3.2(b).

**IT IS FURTHER ORDERED** that the Clerk of the Court **SHALL PROVIDE** Plaintiff with this Court's approved form "Motion and Declaration in Support of Motion

---

[1] In addition to the $350 statutory fee, civil litigants must pay an additional administrative fee of $50.  *See* 28 U.S.C. § 1914(a) (Judicial Conference Schedule of Fees, District Court Misc. Fee Schedule, § 14 (eff. Dec. 1, 2014).  The additional $50 administrative fee does not apply to persons granted leave to proceed IFP.  *Id.*

1   to Proceed *In Forma Pauperis*." If Plaintiff fails to either prepay the $400 civil filing fee
2   or complete and submit the enclosed Motion to Proceed IFP within 45 days, this action will
3   remain dismissed without prejudice and without further Order of the Court based on
4   Plaintiff's failure to satisfy 28 U.S.C. § 1914(a)'s fee requirements.

5   **IT IS SO ORDERED.**

6   Dated: May 13, 2019

       *Janis L. Sammartino*
7      Hon. Janis L. Sammartino
       United States District Judge