1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   TERRY LEWIS,                            No.  1:19-cv-00840-ADA-BAM (PC)

12            Plaintiff,

13      v.                                   ORDER DENYING PLAINTIFF'S MOTION
                                             FOR REIMBURSEMENT
14   M.D. BITTER, et al.,
                                             (Doc. No. 43)
15            Defendants.

16

17        Plaintiff Terry Lewis ("Plaintiff") is a state prisoner, proceeded *pro se* and *in forma*

18   *pauperis*, in this civil rights action under 42 U.S.C. § 1983.

19        On March 12, 2021, the undersigned adopted in full the magistrate judge's findings and

20   recommendations and dismissed this action, with prejudice, for failure to state a cognizable claim

21   upon which relief may be granted.  (Doc. No. 41.)  Judgment was entered accordingly the same

22   date.  (Doc. No. 42.)

23        Currently before the court is Plaintiff's motion for reimbursement, filed May 11, 2022.

24   (Doc. No. 43.)  Plaintiff appears to argue that he was charged a filing fee twice for the same

25   action, and attaches documentation pointing to a filing fee charge for this action, Case No. 1:19-

26   cv-00840-BAM, and another action filed in the Northern District of California, Case No. 20-CV-

27   00323-JST.  (*Id.* at 4.)  Plaintiff argues that because the second civil claim contained the same

28   words and complaint, he can only be charged one court fee.  (*Id.* at 5.)

As the court has previously explained, when the court granted Plaintiff's motion to proceed *in forma pauperis* in this action, Plaintiff became obligated to pay the statutory filing fee of $350.00 for this action.  (*See* Doc. Nos. 11, 30.)  It was Plaintiff's decision to file a new civil action in the Northern District of California, even though it apparently contained the same complaint as the instant action, and if Plaintiff was granted permission to proceed *in forma pauperis* in that suit, he is also obligated to pay the filing fee in that action.  To the extent Plaintiff wishes to request relief from the filing fee charged by the Northern District of California for Case No. 20-CV-00323-JST, that request should be filed in that specific case, before that court.

The court therefore finds that no reimbursement of filing fees is necessary, as Plaintiff has only been charged a filing fee for the instant action, Case No. 1:19-cv-00840-DAD-BAM.

Accordingly,

1. Plaintiff's motion for reimbursement, (Doc. No. 43), is denied; and

2. This action remains closed.

IT IS SO ORDERED.

Dated:   September 12, 2022

UNITED STATES DISTRICT JUDGE